IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

**TIFFANY VALENTINE,**

Plaintiff,

**v.**

**STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT; SORY HINTON; and DOES 1 to 10,**

Defendant.

Case No. CV10-8717 CAS (SSx)

**JUDGMENT ON JURY VERDICT**

This action was tried by a jury with Judge Christina A. Snyder presiding, and the jury rendered the attached verdict on April 27, 2012.

It is ordered that the plaintiff recover nothing and the action be dismissed on the merits, each side to bear its own attorneys' fees and costs.

Dated: May 9, 2012

Christina A. Snyder
United States District Judge

REDACTED

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY VALENTINE,<br>Plaintiff<br>v.<br>STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.<br>Defendants | ) CASE NO. CV 10-8717 CAS (SSx)<br>) SPECIAL VERDICT FORM |

WE, THE JURY, in the above-entitled action, unanimously find the following Special Verdict on the following questions submitted to us:

**QUESTION NO. 1**

Do you find by a preponderance of the evidence that Defendant EDD was Tiffany Valentine's employer or one of her employers under Title VII or the Americans with Disabilities Act?

____YES  X NO

**If your answer to question 1 is YES, please proceed to answer questions 2–6.**

**If your answer to question 1 is NO, please skip to question 7.**

**QUESTION NO. 2**

Do you find by a preponderance of the evidence that Defendant EDD discriminated against Tiffany Valentine on the basis of her sex or gender?

____YES ____NO

**QUESTION NO. 3**

Do you find by a preponderance of the evidence that Defendant EDD discriminated against Tiffany Valentine on the basis of her race, color, ancestry, or national origin?

____YES ____NO

**QUESTION NO. 4**

Do you find by a preponderance of the evidence that Defendant EDD harassed Tiffany Valentine on the basis of her sex or gender?

____YES ____NO

**QUESTION NO. 5**

Do you find by a preponderance of the evidence that Defendant EDD harassed Tiffany Valentine on the basis of her race, color, ancestry or national origin?

____YES ____NO

**QUESTION NO. 6**

Do you find by a preponderance of the evidence that Defendant EDD discriminated against Tiffany Valentine on the basis of her disability?

____YES ____NO

**QUESTION NO. 7**

Do you find by a preponderance of the evidence that Defendant EDD was Tiffany Valentine's employer or one of her employers under the Family and Medical Leave Act?

____YES __X__NO

**If your answer to question 7 is YES, please answer question 8.**
**If your answer to question 7 is NO, please go to question 9.**

**QUESTION NO. 8**

Do you find by a preponderance of the evidence that Defendant EDD discriminated or retaliated against Tiffany Valentine for requesting or taking leave under the Family and Medical Leave Act?

____YES ____NO

**QUESTION NO. 9**

**Only answer this question only if you answered YES to *any* of questions 2, 3, 4, 5, 6, or 8.**

What is the amount of damages, if any, that Tiffany Valentine incurred as a result of defendant EDD's conduct?

Past Economic Damages: $ N/A 0

Future Economic Damages: $ N/A 0

Noneconomic Damages: $ N/A 0

**QUESTION NO. 10**

**Only answer this question if, in response to the previous question, you found that Tiffany Valentine incurred damages as a result of Defendant EDD's conduct.**

Do you find that Tiffany Valentine failed to mitigate her damages by not accepting a comparable work assignment from Intercon?

____YES ____NO

**If your answer to question 10 is YES, please answer question 11.**

////

////

////

////

////

////

////

////

**QUESTION NO. 11**

By how much should Tiffany Valentine's damages be reduced as a result of her failure to mitigate her damages?

Reduction to Past Economic Damages: $ 0 N/A

Reduction to Future Economic Damages: $ 0 N/A

Jury Foreperson:________________

Date: 4/27/12